USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/12/22_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ELIZABETH LUCIANO,**

                              **Plaintiff,**

      **-against-**                            **21-cv-07670 (ALC)**

                                                   **ORDER OF DISCONTINUANCE**

**HOME DEPOT U.S.A., INC.,**

                              **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    September 12, 2022
              New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**